FILED
November 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003099541

Michael D. Vanlochem, SBN 110068
VANLOCHEM & ASSOCIATES LLP
6565 Sunset Blvd., Suite 422
Hollywood, CA 90028
Tel. (323)993-0500
Fax (323)993-0501
Attorneys for Movant,
WELLS FARGO STRATEGIC AUTO INVESTMENTS INC.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In the matter of<br><br>HECTOR BUSTILLOS and BERTHA BUSTILLOS<br><br>    Debtor(s). | CASE NO. 10-94501<br><br>R.S. NO.: VC - 1<br><br>CHAPTER 7<br><br>DECLARATION OF KINDA TURNER |
| WELLS FARGO STRATEGIC AUTO INVESTMENTS INC.,<br><br>    Movant,<br><br>vs.<br><br>HECTOR BUSTILLOS and BERTHA BUSTILLOS, DEBTOR(S); GARY FARRAR, Chapter 7 Trustee,<br><br>    Respondents. | DATE:    December 21, 2010<br>TIME:    9:30 a.m.<br>CTRM:    4 |

EXHIBIT LIST FOR MOTION FOR RELIEF FROM STAY

## DECLARATION OF KINDA TURNER

I, Kinda Turner, declare and say as follows:

2.  I am over 18 years of age and am employed by or on behalf of WELLS FARGO STRATEGIC AUTO INVESTMENTS INC., ("WF"). I have responsibility for collecting obligations due Movant under Account Number XXXXXXXXXX1001 regarding Debtor(s) Hector Bustillos and Bertha Bustillos who purchased the vehicle which is the subject of this motion, and whose account is maintained by Movant. I am also one of the custodians of the business records of Movant pertaining to that account and from personally working with those records know that they were prepared in the ordinary course of Movant's business at or near the time of each event recorded therein by a person with personal knowledge of the event and a duty to accurately record the event. I know the following facts are true of my own knowledge or from knowledge gained from Movant's business records.

2.  Attached hereto as Exhibit "1", and incorporated herein by this reference, is a true and correct copy of the contract ("Contract") pursuant to which Debtor(s) purchased the therein described 2003 Cadillac CTS, Vehicle Identification No 1G6DM57N230166127, from Movant's assignor, and agreed to perform all of the terms and conditions thereof, including the timely payment of all amounts falling due thereunder to Movant as holder thereof. Attached hereto as Exhibit "2", and incorporated herein by this reference is a true and correct copy of the Certificate of Title evidencing movant's ownership of said motor vehicle.

3.  The Contract is in default in that debtor(s) failed to pay the monthly payment due and owing on 8/27/2010, in the sum of $335.72, and each of the payments falling due thereafter. Pending return and liquidation of the vehicle, the sum of $9,382.40 is currently due, owing and unpaid on account of the Contract.

4.  The base wholesale and retail values of the motor vehicle listed in the

-4-

MOTION FOR RELIEF FROM AUTOMATIC STAY AND DECLARATION IN SUPPORT THEREOF

Kelley Blue Book Auto Market Report (November 2010), a publication generally accepted by and used in the motor vehicle industry to value motor vehicles of this kind, are $6,225.00 wholesale and $10,650.00 retail. A copy of the relevant page of that publication showing those values is attached hereto as Exhibit "3" and incorporated herein by this reference. The wholesale value represents the maximum amount movant can reasonably expect to recover upon liquidation of its interest in the vehicle, but only if the vehicle is in good physical and mechanical condition, reasonable wear and tear excepted, and has not been subjected to excessive use.

5. The motor vehicle in question is a rapidly depreciating asset. WF does not have and has not been offered adequate protection for its interest in the vehicle.

6. If WF is not permitted to foreclose its interest in the vehicle, it will be damaged by, among other things, depreciation; risk of loss or destruction of the vehicle; and ongoing costs and attorney's fees in attempting to preserve its rights throughout the duration of this Bankruptcy case.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this declaration was executed on November 24, 2010, at Dallas, TX

_____
KINDA TURNER

-5-

MOTION FOR RELIEF FROM AUTOMATIC STAY AND DECLARATION IN SUPPORT THEREOF